## Pardee's Trust Estate.

Argued December 11, 1940.

Before KEL-
LER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, RHODES
and HIRT, JJ.

*Harold Evans,* with him *J. Gowen Roper,* for appellant.

*W. W. Montgomery, Jr.,* of *Montgomery & McCracken,* with him *Edward G. Taulane, Jr., Aaron S. Swartz, Jr.,* and *John M. Dettra,* for appellee.

PER CURIAM, December 18, 1940:

The six judges, who heard the argument of this appeal, being equally divided in opinion, the decree is affirmed.

All of the judges are of opinion that the questions involved are so important as to make it expedient that the case be decided by the Supreme Court, and it is accordingly certified to that Court for consideration and decision. (Act of June 24, 1895, P. L. 212 Sec. 10).